IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| CHATTANOOGA HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a Erlanger Health System, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:22-cv-26<br>) |
| RESIDEO TECHNOLOGIES, INC., as Successor in Interest to HONEYWELL INTERNATIONAL INC. | )<br>)<br>)<br>) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties jointly stipulate that Plaintiff Chattanooga Hamilton County Hospital Authority d/b/a Erlanger Health System's claims against Defendant Resideo Technologies, Inc., as Successor in Interest to Honeywell International Inc. in the above-captioned matter be dismissed with prejudice.

Each party shall bear its own costs in this matter.

Submitted this 25th day of April, 2023.

| SALTZ NALIBOTSKY | SPICER RUDSTROM, PLLC |
|---|---|
| */s/ Albert S. Nalibotsky* | */s/ B. Thomas Hickey, Jr.* |
| Albert S. Nalibotsky (*Pro Hac Vice*) | B. Thomas Hickey, Jr. (BPR #019105) |
| 6101 Carnegie Boulevard, Suite 440 | 537 Market Street, Suite 203 |
| Charlotte, North Carolina 28209 | Chattanooga, Tennessee 37402 |
| (704) 910-2680 | (423) 756-0262 |
| analibotsky@s-nlaw.com | (423) 756-8489 *fax* |
| | thickey@spicerfirm.com |
| */s/ George E. Copple* | *Attorney for Defendant* |
| George E. Copple (BPR #006411) | |
| 5115 Maryland Way | |
| Brentwood, Tennessee 37027 | |
| (615) 254-9100 | |
| gcopple@copplelaw.biz | |
| *Attorneys for Plaintiff* | |